IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:10cv189

| | |
|---|---|
| PAMELA P. COLLINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commission of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** is before the Court *sua sponte* regarding its recent Order [Doc. 3] on the Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs. [Doc. 2].

That Order was originally signed and entered on September 8, 2010. It instructed Plaintiff to pay the filing fee "on or before thirty (30) days from entry of this Order". Technological problems with the Court's electronic case filing system prevented the completion of the entry of that Order, such that Plaintiff would not have gotten notice of that Order until on or about September 30, 2010. This would leave Plaintiff only a short time to comply with the Order. It is the Court's intention with this Order to modify the

earlier Order [Doc. 3] solely for the purpose of clarifying the deadline for payment of the filing fee.

**IT IS, THEREFORE, ORDERED** that Order of this Court [Doc. 3] is modified so as to extend the deadline for the paying of the filing fee such that it must be paid on or before November 3, 2010. In all other respects the earlier Order remains in effect.

Signed: September 30, 2010

Martin Reidinger
United States District Judge